# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTONIO ISRAEL LAZO                )
QUINTANILLA,                       )
                                   )
    Petitioner,              )
                                   )    Case No. CIV-26-339-D
v.                                 )
                                   )
WARDEN, DIAMONDBACK                )
CORRECTIONAL FACILITY,             )
                                   )
    Respondent.              )

## **ORDER**

Petitioner Antonio Israel Lazo Quintanilla filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to the United States Magistrate Judge Amanda L. Maxfield for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 5].

On February 27, 2026, the magistrate judge concluded that Petitioner had not paid the filing fee or sought leave to proceed in forma pauperis. [Doc. No. 6]. The magistrate judge directed Petitioner to either pay the filing fee or seek leave to proceed in forma pauperis, on or before March 20, 2026. *Id.* The magistrate judge warned that "[f]ailure to comply with this Order may result in dismissal of this action." *Id.*

To date, Petitioner has not paid the filing fee or sought leave to proceed in forma pauperis. On March 25, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 7], in which she recommends that the Court dismiss without prejudice Petitioner's habeas action for failure to comply with the magistrate judge's February 27,

1

2026 Order. In her report, the magistrate judge notified Petitioner of his right to file an objection to the report on or before April 15, 2026, and that failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 7] in its entirety.

For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 22nd day of April, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

2