## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTONIO ISRAEL LAZO )
QUINTANILLA, )
)
    Petitioner, )
)    Case No. CIV-26-339-D
v. )
)
WARDEN, DIAMONDBACK )
CORRECTIONAL FACILITY, )
)
    Respondent. )

## JUDGMENT

Pursuant to the Order entered this date, this action is **DISMISSED WITHOUT PREJUDICE.**

**ENTERED** this 22nd day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1